United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 18-11745-TA
Ronald G Nugent                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8        User: gderamusC        Page 1 of 1              Date Rcvd: May 30, 2018
                            Form ID: pdf042       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db            +Ronald G Nugent,    1585 Santa Ana Ave,    Costa Mesa, CA 92627-3756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Amrane (SA) Cohen (TR)    efile@ch13ac.com
              Nancy L Lee    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
               nlee@ecf.courtdrive.com
              Ronald A Norman    on behalf of Debtor Ronald G Nugent ronaldanorman@sbcglobal.net,
               david@jshoffmanlaw.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Valerie  Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
                                                                                             TOTAL: 5

1 **RONALD A. NORMAN (SBN #62282)**
LAW OFFICES OF RONALD A. NORMAN
5404 Whitsett Avenue Ste 133
Valley Village, CA 91607
818-761-7181
Email: ronaldanorman@scbglobal.net

**FILED & ENTERED**

**MAY 30 2018**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus  DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:18-bk-11745-TA |
| Ronald G Nugent | Chapter 13 |
| Debtor | **ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |
| | (No hearing) |

The Court, having considered the Debtor's Motion to Extend Time to File Opening Documents filed on May 29, 2018 as Docket Entry No. 10 (the "Motion"), and good cause appearing,

**IT IS ORDERED** that the Motion is granted and the Debtor shall have until June 12, 2018 to file the required case opening documents.

Date: May 30, 2018

_____
Theodor C. Albert
United States Bankruptcy Judge

ORDER- 1