Form odspa–odspab
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Ronald G Nugent

**BANKRUPTCY NO.**  8:18–bk–11745–TA

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–3428
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 6/18/18

**Address:**
1585 Santa Ana Ave
Costa Mesa, CA 92627

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is vacated.

3) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 18, 2018

By the Court,

**Kathleen J. Campbell**
Clerk of Court